**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for John Wood

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>     vs.<br><br>JOHN WOOD,<br><br>                              Defendant(s). | Case No.:   2:13-CR-0301-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE: March 11, 2014<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

### STIPULATION

Plaintiff, United States of America, through Assistant U.S. Attorney Kyle Reardon; and defendant John Wood, through his counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for March 11, 2014 at 9:15 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to March 18, 2014 at 9:15 a.m., and to exclude time between March 11, 2014 and March 18, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. The government has made a settlement offer to Mr. Wood which he is willing to accept.  Counsel for Mr. Wood is not available March 11 but is available March 18.  Counsel's next available date is late April of 2014 so the parties would like to calendar for a plea as soon as possible.

b. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 11, 2014 to March 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED:   March 7, 2014            BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant United States Attorney
                                  Attorney for Plaintiff United States

DATED:   March 7, 2014

                                   /s/ Gregory W. Foster
                                  GREGORY W. FOSTER
                                  Attorney for Defendant Troy Vickers

**ORDER**

IT IS SO ORDERED.

Dated:  March 7, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing Status
*U.S. v. Wood*